**Order entered February 11, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00882-CV

## IN THE INTEREST OF N.W.C., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-01933**

## ORDER

Before the Court is appellant's February 10, 2022 unopposed second motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **March 11, 2022**. We caution appellant that further extension requests will be disfavored.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE